IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EXPRESSIONS CAPITAL, LLC,            )<br>                                                              )<br>                        Plaintiff,             )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>DANIEL LOWE, et al.,                      )<br>                                                              )<br>                        Defendants.       )<br>_____)  | CIVIL ACTION<br><br>No. 22-2178-KHV |

## ORDER

This matter is before the Court on Defendants Richard Katz And The Katz Law Offices, L.C.'s Joint Motion To Dismiss For Failure To State A Claim (Doc. #31) filed January 6, 2023. Plaintiff had until February 13, 2023 to respond to defendants' motion to dismiss. See Order (Doc. #38) (granting motion to extend deadline to February 13, 2023 at 5:00 PM). To date, plaintiff has not filed a response. If plaintiff fails to timely respond to a motion to dismiss, the Court will consider and decide the motion as uncontested and ordinarily grant it without further notice. See D. Kan. R. 7.1(c). For this reason and substantially the reasons stated in the Memorandum in Support Of Defendants Richard Katz And Katz Law Offices, L.C.'s Joint Motion To Dismiss For Failure To State A Claim (Doc. #32) filed January 6, 2023, the Court sustains defendants' motion to dismiss.

**IT IS THEREFORE ORDERED** that Defendants Richard Katz And The Katz Law Offices, L.C.'s Joint Motion To Dismiss For Failure To State A Claim (Doc. #31) filed January 6, 2023 is **SUSTAINED**. **The Court dismisses plaintiff's claims against Richard Katz and The Katz Law Firm, L.C. for failure to state a claim on which relief can be granted.**

Dated this 21st day of February, 2023 at Kansas City, Kansas.

          s/ Kathryn H. Vratil
          KATHRYN H. VRATIL
          United States District Judge